*Order Entered November 8, 2006:*

COBLENTZ v CITY OF NOVI, No. 127715. The motion for extension of time is granted. The motion for review of taxation of costs pursuant to MCR 7.318 and MCR 7.219(E) is denied because taxation of the plaintiffs' costs in this case was appropriate. See MCL 600.2445(2). We further conclude that the defendant's motion for review of taxation of costs constitutes a vexatious proceeding under MCR 7.316(D)(1), and we order the defendant to pay to the plaintiffs their actual damages attributable to responding to the motion in this Court. We remand this case to the Oakland Circuit Court for calculation of the amount of damages and entry of an appropriate order. We do not retain jurisdiction. Reported at 475 Mich 558.

*Order Entered November 9, 2006:*

PROPOSED AMENDMENT OF RULE 15 AND PROPOSED NEW RULE 18 OF THE STATE BAR OF MICHIGAN. On order of the Court, this is to advise that the Court is considering an amendment of Rule 15 and adoption of new Rule 18 of the Rules Concerning the State Bar of Michigan as recommended by the State Bar of Michigan. Before determining whether the proposals should be adopted, changed before adoption, or rejected, this notice is given to afford interested persons the opportunity to comment on the form or the merits of the proposal or to suggest alternatives. The Court welcomes the views of all. This matter also will be considered at a public hearing. The notices and agendas for public hearings are posted at www.courts.michigan.gov/supremecourt.

Publication of this proposal does not mean that the Court will issue an order on the subject, nor does it imply probable adoption of the proposal in its present form.

[The present language would be amended as indicated below.]

RULE 15. ADMISSION TO THE BAR

Sec. 1. [Unchanged.]

Sec. 2. Foreign Attorney; Temporary Permission. Any person who is duly licensed to practice law in another state or territory, or in the District of Columbia, of the United States of America, or in any foreign country, may be permitted to engage in the trial of a specific case in a court or before an administrative tribunal in this State when associated with and on motion of an active member of the State Bar of Michigan who